PROB 35
(3/07)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO.   95-00098-001

FREDERICK A. COCHRAN

  On June 9, 2005, the above named was placed on probation for five years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that probationer be discharged from supervision.

             Respectfully submitted,

             FRANK MICHAEL CRUZ
             Chief U.S. Probation Officer



             /s/ ROBERT I. CARREON
             U.S. Probation Officer

Reviewed by:



/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
   Defense Counsel
   USPO Michael G. Oliveri, Southern District of Texas
   File

### ORDER OF COURT

  Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 95-00098-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| | ) | |
| FREDERICK A. COCHRAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:    Request for Early Termination from Probation**

  Frederick A. Cochran was sentenced on June 9, 2005, in the District Court of Guam to a five-year term of probation for the following offenses: <u>Count I:</u> Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 371 and 1343, and <u>Count II:</u> Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h). In addition to the standard and mandatory conditions of probation, Mr. Cochran was ordered to pay a $500,000 fine and a $200 special assessment fee. Mr. Cochran's term of probation is scheduled to expire on June 8, 2010. At sentencing, the Court authorized Mr. Cochran to return to his home in Texas. Subsequently, the U.S. Probation Office in the Southern District of Texas assumed courtesy supervision on July 1, 2005.

  On April 30, 2007, this Officer received a letter dated April, 23, 2007, from the U.S. Probation Office, Southern District of Texas requesting that the defendant be considered for early termination from probation, pursuant to 18 U.S.C. §3564(c). This request is based on the defendant's completion of all probation conditions and his sustained positive adjustment under supervision. Specifically, it is reported that Mr. Cochran has maintained a stable residence and is retired; restitution and special assessment were paid in full on June 9, 2005; mandatory drug testing yielded negative results, mandatory collection of DNA has been completed; and criminal record checks have revealed no new arrests or pending charges.

SPECIFIC REPORT
Request for Early Termination from Probation
Re: COCHRAN, Frederick A.
USDC Cr. Cs. No.: 95-00098-001
May 18, 2007
Page - 2 -

    In light of the above information, this Officer concurs with the recommendation and respectfully requests early termination by the court, pursuant to Title 18 U.S.C. §3564(c), as such action is warranted by Mr. Cochran's full compliance with his conditions of probation, and is in the interest of justice.

    RESPECTFULLY submitted this 18<u>th</u> day of May 2007.

    FRANK MICHAEL CRUZ
    Chief U.S. Probation Officer

By:  /s/ ROBERT I. CARREON
    U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
    Defense Counsel
    File