| PROB 35 (3/07) | **Report and Order Terminating Probation** |
| --- | --- |
| | **Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

        v.                    CRIMINAL CASE NO.    95-00098-001

    FREDERICK A. COCHRAN

On June 9, 2005, the above named was placed on probation for five years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that probationer be discharged from supervision.

                                            Respectfully submitted,

                                            FRANK MICHAEL CRUZ
                                            Chief U.S. Probation Officer



                                            /s/ ROBERT I. CARREON
                                            U.S. Probation Officer

Reviewed by:



    /s/ ROSSANNA VILLAGOMEZ-AGUON
    U.S. Probation Officer
    Supervision Unit Leader

cc:   AUSA
       Defense Counsel
       USPO Michael G. Oliveri, Southern District of Texas
       File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

                                                            /s/ Frances M. Tydingco-Gatewood
                                                                  Chief Judge
                                                            Dated: May 22, 2007